IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 FEB 23  PM 3: 57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE MATTER OF THE SEARCH OF   :   CASE NO. 3:17MJ590
CELLULAR TELEPHONE ASSIGNED
CALL NUMBER (281) 989-5451, WITH   :   **FILED UNDER SEAL**
INTERNATIONAL MOBILE SUBSCRIBER
NUMBER 310120227340466            :

## ORDER FOR DELAYED NOTIFICATION

IT IS HEREBY ORDERED that, in accordance with 18 U.S.C. §§ 2705 and 3103a(b) and

Rule 41(f)(3) (to the extent applicable), the government's motion for delayed notification is

GRANTED.  The government is hereby authorized to delay notice of the Search and Seizure

Warrant in the above-captioned matter to the person whose property was tracked for an additional

ninety (90) days, up to and including May 27, 2018, unless further extended by this Court.  The

Court finds that there is reason to believe that notification of the existence of the Search and

Seizure Warrant may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial).

Upon motion of the government, and for good cause shown, it is further ORDERED that

the government's motion for delayed notification and this order, shall be SEALED, and the Clerk

is instructed not to unseal these items unless otherwise ordered by the Court.

Date: 2/23/18

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE